## Exhibit A to Factual Basis

| Sender | Recipient | Timestamp | Message Content |
|---|---|---|---|
| Person B | Defendant | 1/18/2018 2:59:11 PM | Got confirmation....going to committee on Feb 7 to get ranked and getting the votes Feb 14th. They lit a fire under [MCISD Board Member A]'s ass. Now when we get vote, they're expecting us to dish out a good amount for the campaign |
| Defendant | Person B | 1/18/2018 2:59:55 PM | Do they know for SURE who's supporting? |
| Person B | Defendant | 1/18/2018 3:01:00 PM | It's 5-2 right now because not sure if 2 older ladies going against or not. So it's 5-2 or 7-0. |
| Defendant | Person B | 1/18/2018 3:05:09 PM | Regardless of rank or they're planing to rank PSI top? |
| Person B | Defendant | 1/18/2018 3:05:35 PM | Regardless PSI is getting it |
| Person C | Defendant | 1/31/2018 7:13:05 PM | Hey, Tony! |
| Person C | Defendant | 1/31/2018 7:13:26 PM | I will have list of questions for you by tomorrow. |
| Person C | Defendant | 1/31/2018 7:14:06 PM | Those will be the ones [an MCISD Employee] will be asking the presenters. |
| Person C | Defendant | 1/31/2018 7:14:31 PM | There are questions after all |
| Defendant | Person C | 1/31/2018 7:14:33 PM | Hey. Sorry, just finishing up dinner. That will be greatly appreciated! [Person A] will be doing the presentation. Do you know if [an MCISD Employee] has the capability of sidetracking this? |
| Person C | Defendant | 1/31/2018 7:16:04 PM | No, he doesn't. They're presenting straight to the Facilities committee. The committee will rank immediately after presentations are done. |
| Person C | Defendant | 1/31/2018 7:16:16 PM | Then to board to vote |
| Defendant | Person C | 1/31/2018 7:19:43 PM | When are they notifying the other companies about he presentation? Also, I mentioned to [Person B] about the possibility of signing a letter of intent or initial contract that states if project is approved, they will move forward with PSI, so that nobody can come in during that 90 day or so assessment timeframe, and manipulate members |

| | | | |
|---|---|---|---|
| Defendant | Person C | 1/31/2018 7:19:54 PM | Not sure if it's something they would consider |
| Person C | Defendant | 1/31/2018 7:21:07 PM | Idk when they are notifying other companies. I can ask....<br><br>As for the letter of intent - I'm sure we can make that happen |
| Defendant | Person C | 1/31/2018 7:28:26 PM | That would be great. That way we would be assured the deal is ours and nobody can swoop in and block, disrupt or steal |
| Person C | Defendant | 1/31/2018 7:32:21 PM | Understood 👍 |
| Person C | Defendant | 1/31/2018 7:35:21 PM | Now, we need to talk motivation 🙂.... Keep me motivated, Tony!!<br><br>I know our deal was after Feb.12, but we need help with campaign now. Need to lock in some workers & pay TV advertising.<br><br>Anything you all can help with now?  We can credit towards amount. |
| Defendant | Person C | 1/31/2018 8:28:38 PM | What amount are you all looking at? |
| Person C | Defendant | 1/31/2018 8:41:33 PM | $5-7 |
| Defendant | Person C | 1/31/2018 8:50:44 PM | Let me talk to them tomorrow. If not, I'll have to front it and deal with them later |
| Person C | Defendant | 1/31/2018 8:59:50 PM | Thank you |
| Person C | Defendant | 2/1/2018 4:18:02 PM | Here are the questions each company will be asked: |
| Person C | Defendant | 2/1/2018 4:18:18 PM | **[Image of MCISD Facilities Committee Questions]** |
| Person C | Defendant | 2/1/2018 4:18:27 PM | **[Image of MCISD Facilities Committee Questions]** |
| Person C | Defendant | 2/1/2018 4:18:37 PM | **[Image of MCISD Facilities Committee Questions]** |
| Defendant | Person C | 2/1/2018 4:19:42 PM | Got it. Thank you! I'll forward to **[Person A]**. Should we be worried about **[MCISD Board Member B]**? |
| Person C | Defendant | 2/1/2018 4:32:08 PM | **[Image of MCISD Evaluation Matrix]** |
| Person C | Defendant | 2/1/2018 4:32:42 PM | Here is the evaluation and selection criteria that will be used to rank the presentation. |

| | | | |
|---|---|---|---|
| Person C | Defendant | 2/3/2018 1:00:28 PM | Is [Person A] able to talk right now? Sorry, I was caught up, up until now |
| Defendant | Person C | 2/3/2018 1:02:04 PM | Let me message him |
| Defendant | Person C | 2/3/2018 1:04:42 PM | Yes...Call me and I'll call him |
| Defendant | Person C | 2/8/2018 7:02:48 AM | Good morning. We got word from a McAllen board member that we were ranked 1st. Supposedly he has two friends on the board and found out right away. Any confirmation or updates? Thank you |
| Person C | Defendant | 2/8/2018 7:50:46 AM | Good morning... Yes, you got 1st ☺ |
| Person C | Defendant | 2/8/2018 7:57:25 AM | [MCISD Board Member C] didn't get home till almost 11 p.m. so we didn't get to talk much. Just thought you all ranked first and the gap between first and second was quite a bit. Because you all were higher by almost 10 points. |
| Person B | Defendant | 2/8/2018 9:19:25 PM | We'll see how we can do it. Cause obviously they don't want anyone to know I'm involved. They were telling me to try and limit my time with [Person A] til after the vote so they don't put it together. I said it's rare when we go have lunch. |
| Person B | Defendant | 2/8/2018 9:19:39 PM | There are no hiccups. |
| Defendant | Person B | 2/8/2018 9:19:41 PM | Agreed |
| Person B | Defendant | 2/8/2018 9:20:07 PM | But I see your concern |
| Defendant | Person B | 2/8/2018 9:20:10 PM | We'll handle it all. Once we get approval Tuesday, we'll attack that contract and then we're golden |
| Person B | Defendant | 2/8/2018 9:20:42 PM | Meeting is Monday, correct? |
| Defendant | Person B | 2/8/2018 9:20:52 PM | Moved to Tuesday at 7 |
| Defendant | Person C | 2/12/2018 3:22:30 PM | Can we do cashier's check? |
| Person C | Defendant | 2/12/2018 4:10:53 PM | Yes... but if you're going to go that route - please make 1 regular check payable to [Person B]. (That can be cashed immediately). Then, 2 cashiers checks. Not 1 big one. |
| Defendant | Person C | 2/12/2018 4:16:06 PM | Cashier's made out to who? [Person B] too? |
| Person C | Defendant | 2/12/2018 4:20:56 PM | [Person B] & [Person C's Business] |

| | | | |
|---|---|---|---|
| Defendant | Person C | 2/12/2018 4:56:23 PM | Ok. I think for right now, we're doing it between two of us. Can we do $19 tomorrow evening? |
| Defendant | Person C | 2/12/2018 4:57:49 PM | Probably going to dinner after. Can you or [Person B] meet us? |
| Person C | Defendant | 2/12/2018 4:59:34 PM | Yes.. just let me know where. |
| Defendant | Person B | 2/13/2018 2:30:58 PM | Any intel from ur sis on how the lunch with [MCISD Board Member D] went? |
| Person B | Defendant | 2/13/2018 3:03:39 PM | I'm waiting for her response |
| Person B | Defendant | 2/13/2018 3:14:53 PM | She hasn't, but we got confirmed 4. |
| Person B | Defendant | 2/13/2018 5:13:56 PM | What time is game time |
| Defendant | Person B | 2/13/2018 5:14:15 PM | 7 |
| Defendant | Person C | 2/13/2018 5:14:55 PM | Doing Palenque Grill on Nolana around 8/830...when everyone should be out |
| Defendant | Person B | 2/13/2018 8:29:21 PM | 6-1...is! |
| Defendant | Person B | 2/13/2018 8:29:23 PM | Us! |
| Person C | Defendant | 2/13/2018 8:40:52 PM | I'm here at Palenque |
| Person B | Defendant | 2/13/2018 8:43:57 PM | Bitch I told you |
| Defendant | Person B | 2/13/2018 8:45:39 PM | Calm ur tits |
| Person B | Defendant | 2/13/2018 8:45:46 PM | My city! |
| Person C | Defendant | 2/13/2018 8:55:51 PM | I'm outside.. come out, to the right. Parked on Dennys side |
| Person C | Defendant | 2/13/2018 8:55:59 PM | Black Ford F150 |
| Defendant | Person C | 2/13/2018 8:57:00 PM | I'm on the opposite side. By chili's. Black Range |
| Person C | Defendant | 2/13/2018 8:57:29 PM | Ok.. omw |

| | | | |
|---|---|---|---|
| Defendant | Person B | 2/22/2018 8:31:33 PM | [Person A] got a call from [a MCISD Employee]. [A MCISD Employee] was supposed to initiate contact last week. So he had to do it and they're setting up a call/meet next Wednesday to start the process |
| Defendant | Person B | 2/22/2018 8:32:51 PM | [Person A] said he was cool after He was setting up his [a MCISD Employee]'s daughter in law with a potential hook up into a top company via his wife |
| Person C | Defendant | 3/2/2018 3:35:27 PM | Hey, Tony! I wanted to talk to you about the amount that we were given for the deal we had originally made. It was my understanding that the amount was going to be $30, upon approval. $10 from each of you. That's what [Person B] had told me when we started.<br><br>However, we were only given $25. ($6, then $19).<br><br>As we get to the end of early voting and election day on Tuesday, obviously - we have to settle up all our workers and bills. Those $5 would come in handy.<br><br>Do you think we could settle up those $5? We would greatly appreciate it. |
| Person C | Defendant | 3/2/2018 3:47:03 PM | If you can do me a favor - and see if we can settle up by tomorrow.<br><br>I really don't mean to rush you - but I have to give some draws out to my workers to keep the people motivated to work election day on Tuesday 😞 |
| Defendant | Person C | 3/2/2018 3:47:20 PM | I'm not in town though 😞 |
| Defendant | Person C | 3/2/2018 3:47:31 PM | Be back Sunday night |
| Person C | Defendant | 3/2/2018 3:55:31 PM | Ok.. I'll see what I can do about pushing people to Monday. Thank you |
| Defendant | Person C | 3/2/2018 7:05:46 PM | I can meet with you or [Person B] for it Monday morning. Half the battle so far. We need to make sure we get to determine vendors and make sure nobody interferes (CFO and attorney, who is with TASB, our competition) |
| Person C | Defendant | 3/2/2018 8:43:24 PM | Ok, perfect 👍 |
| Person C | Defendant | 3/5/2018 11:04:16 AM | Good morning, Tony! What would be a good time to meet? |
| Person C | Defendant | 3/5/2018 12:24:47 PM | I can be in Edinburg by 4pm. Just let me know where to go |

| | | | |
|---|---|---|---|
| Defendant | Person C | 3/5/2018 12:43:37 PM | Ok. I workout at home around that time. **[Description of cross streets near Defendant's residence]**. But it will have to be a check. Got in late and haven't been able to go to the bank |
| Person C | Defendant | 3/5/2018 12:45:14 PM | No problem. Please send me address |
| Defendant | Person C | 3/5/2018 1:35:10 PM | **[Defendant's Address and Gate Code]** |
| Person C | Defendant | 3/5/2018 1:37:05 PM | 👍 |
| Defendant | Person B | 3/5/2018 1:52:50 PM | Can you ask **[MCISD Board Member C]** if **[an MCISD Employee]** or **[Attorney]** would deny deal? Fk it all up. Or can we determine HVAC/install vendor? Only way we'll make real money. Attorney works for TASB and could fk things up to get E3 in |
| Person B | Defendant | 3/5/2018 1:54:06 PM | I don't think so. But yeah I'll ask |
| Defendant | Person B | 3/5/2018 1:54:54 PM | Cuz I'm the one fronting $20k for this campaign and if it doesn't go through, fks me up. I don't even like politics |
| Person B | Defendant | 3/5/2018 1:55:35 PM | It'll go through one way or another. |
| Defendant | Person B | 3/5/2018 1:56:11 PM | Hopefully. Lights is smallest part. We need to be able to dictate HVAC/install |
| Person B | Defendant | 3/5/2018 1:56:35 PM | We'll have it all. |
| Person C | Defendant | 3/5/2018 3:31:43 PM | I'm on my way. Sorry, running late because I got held up at my last meeting. |
| Defendant | Person C | 3/5/2018 3:35:19 PM | Ok. Made out to your **[Person B]**? |
| Person C | Defendant | 3/5/2018 3:37:10 PM | No. To me. **[Person C]** |
| Person C | Defendant | 3/5/2018 3:51:06 PM | I'm outside |
| Person C | Defendant | 3/5/2018 3:51:24 PM | Do you want me to get down? |